————o————

## No. 3982.

(Court of Appeal, Parish of Orleans.)

JOSEPH SUTTON & SON vs. L. T. NOYLES et als.

On motion to dismiss.

In accordance with a stipulation to this effect, and on file herein, the appeals taken in this cause are dismissed.

Appeal from Civil District Court, Division "C."

Carroll & Carroll, for Plaintiff and Appellant.

W. S. Parkerson and E. A. Parsons, for Appellee.

Cage, Baldwin & Crabites, Attorneys for themselves.

Rouse and Grant, Attorneys for National Surety Co.

A. McGuirk, Assistant City Attorney.

Buck, Walshe & Buck, Attorneys for L. T. Noyes.

MOORE, J. The parties to this apepal having suggested that the entire matter in controversy herein has been adjusted and settled and having stipulated that the several appeals taken herein be dismissed;

It is, therefore, ordered, adjudged and decreed that the appeals herein taken by Joseph Sutton & Son, and L. T. Noyes, respectively, be and the same are hereby dismissed.